

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 6, 2017**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 16-40886-RFN |
| | § | |
| KEVIN D SANDERS | § | Chapter 13 |
| BANITA C SANDERS | § | |
| | § | JUDGE RUSSELL F NELMS |
| Debtors | | |

**ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER 2016-01**
**(14 DAY NOI-$)**

On representation of the Standing Chapter 13 Trustee evidenced by the signature below that the Debtors **failed to timely pay the Trustee Payments specified in the Debtors' Plan and** has provided no written explanation of such failure to the Trustee's office, and that 14 days written notice of such failure was given to Debtors and the Attorney of Debtors, if any, prior to submission hereof:

**IT IS FURTHER ORDERED** that this case is hereby **DISMISSED** without prejudice pursuant to General Order 2016-01 paragraph 3e **PROVIDED** that if, within 10 days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #

APPROVED:

/s/ Tim Truman_____
Tim Truman, Trustee/State Bar # 20258000